| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (CAMDEN)<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| MAURICE WUTSCHER, LLP<br>5 Walter E. Foran Blvd., Suite 2007<br>Flemington, NJ 08822<br>(908) 237-4550<br>Attorneys for Creditor Branch Banking & Trust<br>Company<br>Thomas R. Dominczyk | Chapter 13<br><br>Case Number: 17-10429-JNP |
| In re:<br>    WAYNE J. MACKIN<br>    DEBORAH L. MACKIN | JUDGE:<br>Honorable Jerrold N. Poslusny, Jr. |

Order Filed on May 30, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

## ORDER VACATING STAY AND

## CO-DEBTOR STAY AS TO PERSONAL PROPERTY

The relief set forth on the following page is hereby ORDERED.

**DATED: May 30, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: WAYNE J. MACKIN AND DEBORAH L. MACKIN
Case No. 17-10429-JNP
Caption of Order: Order Vacating Stay and Co-Debtor Stay as to Personal Property

Upon the motion of THOMAS R. DOMINCZYK, Esquire of the firm of MAURICE

WUTSCHER, LLP, on behalf of the secured creditor, Branch Banking & Trust

Company, under Bankruptcy Code sections 362 and 1301 for relief from the automatic

stay and co-debtor stay as to certain property as hereinafter set forth, and for cause

shown,

It is on this day:

1. **ORDERED** that the automatic stay is vacated to permit the movant to

pursue the movant's rights in the collateral described below.

2. **ORDERED** that the co-debtor stay in effect as to Jason Mackin is hereby

vacated with regard to the subject property and the retail installment contract associated

therewith.

3. **ORDERED** the movant shall serve this order on the debtor, any trustee

and any other party who entered an appearance on the motion.

Description of Subject Property
2002 Chevrolet Camaro, VIN: 2G1FP22G822146670