| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (CAMDEN) Caption in Compliance with D.N.J. LBR 9004-2(c) |
|---|
| MAURICE WUTSCHER, LLP 5 Walter E. Foran Blvd., Suite 2007 Flemington, NJ 08822 (908) 237-4550 Attorneys for Creditor Branch Banking & Trust Company Thomas R. Dominczyk |
| In re: WAYNE J. MACKIN DEBORAH L. MACKIN |

Chapter 13

Case Number: 17-10429-JNP

Order Filed on May 30, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

JUDGE:
Honorable Jerrold N. Poslusny, Jr.

## ORDER VACATING STAY AND

## CO-DEBTOR STAY AS TO PERSONAL PROPERTY

The relief set forth on the following page is hereby ORDERED.

**DATED: May 30, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: WAYNE J. MACKIN AND DEBORAH L. MACKIN
Case No. 17-10429-JNP
Caption of Order: Order Vacating Stay and Co-Debtor Stay as to Personal Property

Upon the motion of THOMAS R. DOMINCZYK, Esquire of the firm of MAURICE WUTSCHER, LLP, on behalf of the secured creditor, Branch Banking & Trust Company, under Bankruptcy Code sections 362 and 1301 for relief from the automatic stay and co-debtor stay as to certain property as hereinafter set forth, and for cause shown,

It is on this day:

1. **ORDERED** that the automatic stay is vacated to permit the movant to pursue the movant's rights in the collateral described below.

2. **ORDERED** that the co-debtor stay in effect as to Jason Mackin is hereby vacated with regard to the subject property and the retail installment contract associated therewith.

3. **ORDERED** the movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Property
2002 Chevrolet Camaro, VIN: 2G1FP22G822146670

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-10429-JNP
Wayne J Mackin                                                         Chapter 13
Deborah L Mackin
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: May 30, 2017
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2017.
db/jdb         +Wayne J Mackin,    Deborah L Mackin,    P.O. BOX 192,    Winslow, NJ 08095-0192

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2017 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    MTAG as Custodian for Alterna Funding I, LLC
               agreenberg@hgllclaw.com,    Aholmes@hgllclaw.com
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Mitchell L Chambers, Jr.    on behalf of Joint Debtor Deborah L Mackin ecfbc@comcast.net
              Mitchell L Chambers, Jr.    on behalf of Debtor Wayne J Mackin ecfbc@comcast.net
              Thomas R. Dominczyk    on behalf of Creditor    Branch Banking & Trust Company
               tdominczyk@mauricewutscher.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7