| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>VICINAGE OF Camden<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices<br>HONIG & GREENBERG, L.L.C.<br>By: Adam D. Greenberg, Esq.<br>1949 Berlin Road, Suite 200<br>Cherry Hill, New Jersey 08003-3737<br>(856) 770-0990<br>Attorneys for MTAG as Custodian for Alterna Funding I, LLC | **Order Filed on September 4, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re:<br>  WAYNE J. MACKIN and DEBORAH L. MACKIN<br><div align="right">Debtor(s)</div>Address  P.O. Box 192, Winslow, NJ 08095<br><br>Last four digits of Social Security or Individual Tax-Payer Identification Nos. (if any)<br>  xxx-xx-8322 and xxx-xx-6913 | Case No.:  17-10429-JNP<br><br>Hearing Date: September 4, 2018 at 10:00 a.m.<br><br>Judge:  Hon. Jerrold N. Poslusny, Jr. |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: September 4, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor(s): WAYNE J. MACKIN and DEBORAH L. MACKIN
Case No: 17-10429-JNP
Caption: Order Granting Relief from the Automatic Stay

---

Upon consideration of Movant's motion for an Order for relief from the automatic stay, and good cause appearing therefore, it is hereby ORDERED that

1. The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the movant, its heirs or assigns, to institute or resume and prosecute to conclusion, including obtaining possession of the property, one or more action(s) in the court(s) of appropriate jurisdiction to foreclose tax sale certificate(s) held by the movant upon land and premises commonly known as 524 Hay Road, in the Township of Winslow, Camden County, New Jersey, which land is identified by the lot and block number on the official tax map of said municipality as Block 7404, Lot 4;

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) on the property described in paragraph one above;

3. Upon the entry of stay relief, no further payments will be made by the Chapter Thirteen Trustee on the movant's secured Proof of Claim, however, in the event that the stay is reinstated, such payments shall resume. In the event that the movant pays additional municipal liens following stay relief and the stay is subsequently reinstated, movant may file an Amended Proof of Claim reflecting such additional amounts and such Amended Claim shall be paid.

4. The movant shall serve this Order on the debtor, any trustee, and any other party who entered an appearance on the motion unless served via ECF.

END OF ORDER