UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
VICINAGE OF Camden

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Offices
HONIG & GREENBERG, L.L.C.
By: Adam D. Greenberg, Esq.
1949 Berlin Road, Suite 200
Cherry Hill, New Jersey 08003-3737
(856) 770-0990
Attorneys for MTAG as Custodian for Alterna Funding I, LLC

In Re:
   WAYNE J. MACKIN and DEBORAH L. MACKIN
                              Debtor(s)
Address P.O. Box 192, Winslow, NJ 08095

Last four digits of Social Security or Individual Tax-Payer Identification Nos. (if any)
   xxx-xx-8322 and xxx-xx-6913

Order Filed on September 4, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 17-10429-JNP

Hearing Date: September 4, 2018 at 10:00 a.m.

Judge: Hon. Jerrold N. Poslusny, Jr.

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

     The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 4, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2

Debtor(s):  WAYNE J. MACKIN and DEBORAH L. MACKIN

Case No: 17-10429-JNP

Caption: Order Granting Relief from the Automatic Stay

---

Upon consideration of Movant's motion for an Order for relief from the automatic stay, and good cause appearing therefore, it is hereby ORDERED that

1. The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the movant, its heirs or assigns, to institute or resume and prosecute to conclusion, including obtaining possession of the property, one or more action(s) in the court(s) of appropriate jurisdiction to foreclose tax sale certificate(s) held by the movant upon land and premises commonly known as 524 Hay Road, in the Township of Winslow, Camden County, New Jersey, which land is identified by the lot and block number on the official tax map of said municipality as Block 7404, Lot 4;

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) on the property described in paragraph one above;

3. Upon the entry of stay relief, no further payments will be made by the Chapter Thirteen Trustee on the movant's secured Proof of Claim, however, in the event that the stay is reinstated, such payments shall resume. In the event that the movant pays additional municipal liens following stay relief and the stay is subsequently reinstated, movant may file an Amended Proof of Claim reflecting such additional amounts and such Amended Claim shall be paid.

4. The movant shall serve this Order on the debtor, any trustee, and any other party who entered an appearance on the motion unless served via ECF.

END OF ORDER

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 17-10429-JNP
Wayne J Mackin    Chapter 13
Deborah L Mackin
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Sep 05, 2018
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2018.
db/jdb    +Wayne J Mackin,    Deborah L Mackin,    P.O. BOX 192,    Winslow, NJ 08095-0192

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2018 at the address(es) listed below:
       Adam D. Greenberg    on behalf of Creditor    MTAG as Custodian for Alterna Funding I, LLC
        agreenberg@hgllclaw.com, Aholmes@hgllclaw.com
       Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
       John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
       Mitchell L Chambers, Jr.    on behalf of Debtor Wayne J Mackin ecfbc@comcast.net
       Mitchell L Chambers, Jr.    on behalf of Joint Debtor Deborah L Mackin ecfbc@comcast.net
       Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.
        rsolarz@kmllawgroup.com
       Thomas R. Dominczyk    on behalf of Creditor    Branch Banking & Trust Company
        tdominczyk@mauricewutscher.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 9