UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for : Ford Motor Credit Company LLC, servicer for CAB EAST LLC
Our File No.: 49912
JM-5630

In Re:

Wayne J. Mackin
Deborah L. Mackin

Order Filed on October 23, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 17-10429 |
| Hearing Date: | 10-22-2019 |
| Judge: | JNP |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 23, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of __Ford Motor Credit Company LLC, serv. for Cab East LLC__, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

- ❏ Real property more fully described as:

- ☑ Personal property more fully described as:

  2017 Ford Escape
  Vehicle Identification Number
  1FMCU9G9XHUA98416

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Wayne J Mackin  
Deborah L Mackin  
      Debtors

Case No. 17-10429-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Oct 23, 2019  
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2019.  
db/jdb        +Wayne J Mackin,   Deborah L Mackin,   P.O. BOX 192,   Winslow, NJ 08095-0192

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2019 at the address(es) listed below:

      Adam D. Greenberg   on behalf of Creditor   MTAG as Custodian for Alterna Funding I, LLC agreenberg@hgllclaw.com, btemple@hgllclaw.com  
      Denise E. Carlon   on behalf of Creditor   HomeBridge Financial Services, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      John R. Morton, Jr.   on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
      John R. Morton, Jr.   on behalf of Creditor   Ford Motor Credit Company, LLC, servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
      Mitchell L Chambers, Jr.   on behalf of Debtor Wayne J Mackin ecfbc@comcast.net  
      Mitchell L Chambers, Jr.   on behalf of Joint Debtor Deborah L Mackin ecfbc@comcast.net  
      Rebecca Ann Solarz   on behalf of Creditor   HomeBridge Financial Services, Inc. rsolarz@kmllawgroup.com  
      Thomas R. Dominczyk   on behalf of Creditor   Branch Banking & Trust Company tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                       TOTAL: 10