| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>LAW OFFICES OF MITCHELL LEE CHAMBERS<br>602 LITTLE GLOUCESTER ROAD<br>SUITE 5<br>BLACKWOOD, NJ 08012 | Order Filed on March 31, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Wayne and Deborah Mackin | Case No.: 17-10429<br><br>Hearing Date:<br><br>Judge: JNP |

ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: March 31, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objection having been raises, it is:

ORDERED that Mitchell Lee Chambers, the applicant is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00.  The allowance shall be payable:

    ___X___ Through the Chapter 13 Plan as an administrative priority.

    _____ outside the plan.