UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF MITCHELL LEE CHAMBERS
602 LITTLE GLOUCESTER ROAD
SUITE 5
BLACKWOOD, NJ 08012

Order Filed on March 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Wayne and Deborah Mackin

Case No.: 17-10429

Hearing Date:

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: March 31, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objection having been raises, it is:

ORDERED that Mitchell Lee Chambers, the applicant is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance shall be payable:

    ___X___ Through the Chapter 13 Plan as an administrative priority.

    _____ outside the plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Wayne J Mackin  
Deborah L Mackin  
    Debtors

Case No. 17-10429-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 31, 2020  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.  
db/jdb      +Wayne J Mackin,   Deborah L Mackin,   P.O. BOX 192,   Winslow, NJ 08095-0192

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:
        Adam D. Greenberg   on behalf of Creditor   MTAG as Custodian for Alterna Funding I, LLC
         agreenberg@hgllclaw.com,  btemple@hgllclaw.com
        Denise E. Carlon   on behalf of Creditor   HomeBridge Financial Services, Inc.
         dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        John R. Morton, Jr.    on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com,
         mortoncraigecf@gmail.com
        John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC, servicer for CAB EAST LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
        Mitchell L Chambers, Jr.   on behalf of Debtor Wayne J Mackin ecfbc@comcast.net
        Mitchell L Chambers, Jr.   on behalf of Joint Debtor Deborah L Mackin ecfbc@comcast.net
        Rebecca Ann Solarz   on behalf of Creditor   HomeBridge Financial Services, Inc.
         rsolarz@kmllawgroup.com
        Thomas R. Dominczyk   on behalf of Creditor   Branch Banking & Trust Company
         tdominczyk@mauricewutscher.com,  thomas-dominczyk-5025@ecf.pacerpro.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 11