

Order Filed on August 3, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HILL WALLACK LLP**
Angela C. Pattison, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: apattison@hillwallack.com
*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing*

In Re:

Wayne J. Mackin
Deborah L. Mackin

        Debtor.

Case No.: 17-10429-JNP

Chapter: 13

Hearing Date: 08/03/2021 at 11:00am

Judge: Jerrold N. Poslusny, Jr., U.S.B.J.

Recommended Local Form    ☐ Followed    ☒ Modified

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: August 3, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the Motion of *NewRez LLC d/b/a Shellpoint Mortgage Servicing*, on behalf of itself and its successors and/or assigns(hereinafter "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay and co-debtor stay is vacated to permit the Movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

> Real property more fully described as: 204 Marlyn Avenue, Hammonton, New Jersey 08037, also known as Block 3605, Lot 26 (Xlot 72 Block 9) as shown on the Tax Map of the Town of Hammonton, Atlantic County, New Jersey.

**It is further ORDERED** that the Movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

**It is further ORDERED** that the Movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

**It is further ORDERED** that all communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtors.

The movant shall serve this Order on the debtor(s), any trustee and any other party who entered an appearance on the motion.