UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Wayne J Mackin and Deborah L. Mackin

Case No.: 17-10429

Chapter: 13

Judge: Jerrold N. Poslusny, Jr.

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Deborah Mackin, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 4/27/2022

_Deborah Mackin_
Debtor's Signature

**IMPORTANT**:
- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a **completed** Certification in Support of Discharge.

rev.8/1/18

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **WAYNE J. MACKIN AND DEBORAH L. MACKIN**

Case No.: **17-10429**

Chapter: **13**

Judge: **JERROLD N. POSLUSNY J.R.**

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, **WAYNE MACKIN**, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: **4/27/2022**

Debtor's Signature

**IMPORTANT**:
- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/1/18